IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| )                                                     | |
| v.                                                 )  | CASE NO.: 2:18-CR-50 |
| )                                                     | |
| ANTHONY KANYATTA SEALS,    ) | |
| )                                                     | |
| Defendant.                            )       | |

**NOTICE OF FILING LETTERS OF SUPPORT**

COMES NOW, Defendant Anthony Kanyatta Seals, by and through his counsel of record, and files this Notice of Filing Letters of Support, and shows the Court as follows:[1]

Attached hereto as Exhibits "A," "B," "C," and "D" are letters in support of Defendant from Defendant's pastor, mother, and cousins.

This 23rd day of January 2020.

                                                                                                                                                                            Respectfully submitted,

                                                        /s/ Garret W. Meader, Esq.
                                                        GARRET W. MEADER
                                                        Georgia Bar No. 142402
                                                        *Attorney for Defendant*
                                                        DREW ECKL & FARNHAM, LLP
                                                        777 Gloucester Street, Suite 305
                                                       Brunswick, Georgia 31520
                                                       Telephone: (912) 280-9662
                                                       Email: gmeader@deflaw.com

---

[1] Defendant apologizes for the late filing of these letters. The letters were in the possession of Defendant's mother, but due to technical issues with her email she was not able to provide them to counsel for Defendant until this morning.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:18-CR-50 |
| | ) | |
| ANTHONY KANYATTA SEALS, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This 23rd day of January, 2020.

    Respectfully submitted,

    /s/  Garret W. Meader, Esq.
    GARRET W. MEADER
    Georgia Bar No. 142402
    *Attorney for Defendant*
    DREW ECKL & FARNHAM, LLP
    777 Gloucester Street, Suite 305
    Brunswick, Georgia 31520
    Telephone: (912) 280-9662
    Email: gmeader@deflaw.com

Bethel Baptist Church
900 Bartow St.
Brunswick, Ga. 31520
Rev. Willis Mullen Sr., Pastor

To whom it concerns:

I Willis Mullen Sr., Pastor of Bethel Baptist Church, I am writing this letter to the court in reference of Anthony Kenyatta Seals. Anthony Kenyatta Seals was a lay Member of the Bethel Baptist Church, where he was Baptist in August 2018. He attended on a regular base. Until he left in late 2019 and moved away. Upon Leaving Bethel Baptist Church, Anthony Kenyatta Seals would keep in contact with the Pastor for prayer.

Thanking you in advance
Willis Mullen Sr., Pastor
Bethel Baptist Church

*Rev. Willis L. Mullen Sr.*

Shasheen McCarthy-Gordon
114 Joyce Cove
Guyton, Georgia 31312

January 20, 2020

Re: Anthony K. Seals

To the Honorable Judge:

I am writing to plead for your leniency when sentencing Anthony K. Seals, who is my first cousin.

Anthony has always been a loving and caring person that loves his family. He and I were raised as if we were siblings and have always been together. We were so close as children that most people didn't that we are cousins and are still shocked when they learn that he isn't my little brother. I can assure you that these recent circumstances are not indicative of the kind of person Anthony is or how he was raised by our family. A terrible mistake was made, for which he is tremendously sorry, and I can only hope that will weigh heavily on your mind when you make your decision.

Anthony has been working to make amends for his infractions and he is deeply remorseful, and only wants to do what he can to at least try to make things better for everyone involved. He is a father, and his children Antonio, Ayanna, McKenzie, Kaylee and Sage need him to continue to be a part of their lives as well as the rest of our family. We love him and are eagerly awaiting his return home. So I ask that you please use your best judgment, but make it possible that Anthony can return to his us all as soon as possible.

Thank you for your time.
Sincerely,

*[signature]*

Shasheen McCarthy-Gordon

Deloris Seals
5000 South Himes Avenue Apt 227
Tampa, Florida 33611
January 23, 2020

Dear City of Brunswick Judicial System,

      I am writing you this letter in regards to my son Anthony Kenyatta Seals, who is currently an Inmate at the Glynn County Detention Center. My Hope is that this letter can do diligence in showing You all the loving and caring family man that Anthony is. First thing I want to talk to you about is Relationship with his children, Anthony has 5 beautiful children whom all love and show ecstatic Behavior when they're in his presence. His two oldest children are adults, and while residing in a Different State from Anthony, have expressed their concern of the absence of their father not being Around or even a phone call away when they're in need of him. His three younger children whom live in Brunswick, are 9, 8 and 1. Though the one year old is not aware of what is going on at this time, he has Been in his father's presence enough to know who he is, and this could be detrimental as he gets older, Because there are birthdays, holidays, and the first day of school that will be missed due to him being Gone. His other two children who are 8 and 9 are girls, both have expressed their emotions of their Father being gone, and have asked me and him multiple times when is he coming home. The oldest one Has a birthday on the same day as Anthony, and before he was jailed, would always call him and ask What were they going to do together on their birthday. I believe him being gone has effected them even More than the two oldest, because they were around him on an everyday basis, and are used to him Reading them a book every night before they go to sleep. Anthony hasn't always made the right Decisions, but I believe every day that we wake up, none of us do. The death of his father back in March

Of 2015 took a major toll on him, and I wasn't able to step up and be the mother I could be, because I had been battling Breast Cancer at this time, and wasn't able to be around him physically to let him know that everything would be alright. At this time, he started to associate himself with individuals who he believed had loved him, and all they wanted to do was take from him. The one thing that I believe that changed Anthony's view was his oldest son who I'm currently living with, him and Anthony always talked about him moving to Tampa, Florida and starting over in life. Antonies served in the military, and was always on his father about moving in with him, because Anthony really wanted to start a food-truck service there and he believed with Florida being a major tourist destination, could become a successful business owner there. Once Anthony is released, he will be moving down to Tampa with me and his son, and we will be sure to watch over each other. I'm not sure how much this letter can do for my son, but no matter what, he is an outstanding human being who truly deserves another chance. Every opportunity I get to talk to him, he always tells me that he's just ready to start over and leave the place he's called home behind. Myself along with my family pray that you give my son another opportunity to show you the human being that God himself created, instead of someone whom at the time let the world influence him.

Nichole Cohen
3318 Hardee Ave.
Brunswick, Georgia 31520


January 22, 2020

To the Honorable Judge:

I am writing this letter in support of my cousin Anthony Seals. To also plead for your leniency when sentencing. Anthony is a family man and loves his children unconditionally. He's always been a hard worker and will help whoever that is in need. Yes he has made some mistakes. We all do we're human. And we learn from them. I clearly know that my cousin Anthony has learned from them. He wants better for himself and his family. And I know from my heart that he truly sorry. Anthony has a good heart and a brilliant mind. He's a smart man and I know soon as he is free he will do better. Become a better person and grow.

Anthony is a great father, brother, cousin, and son. His family needs him back in their lives. We love him and we're ready for him to come home. So we can make more memorable times and moments with him. So I pray that you that you can make it possible for Anthony to come home to his family as soon as possible.


Thank you for your time,

Sincerely,

*Nichole N. Cohen*
Nichole Cohen