# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **CR218-50**　　　　　　　　　　　　　　　　DATE **01/23/2020**
TITLE **USA v. Tyler Wallace**
TIMES **1:00 - 1:14**　　　　　　　　　　　　　　　　TOTAL **14 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**　　　Courtroom Deputy : **Whitney Sharp**
Court Reporter : **Debra Gilbert**　　　　　　　　　　　　　　　Interpreter :

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Jennifer Kirkland | Garret Meader | |

PROCEEDINGS : **Sentencing**　　　　　　　　　　　　　　☑ In Court　　☐ In Chambers

Objections - None ; The Court has read and reviewed the sentencing memo filed by defense. The Court adopts the findings of fact and conclusions of applicable advisory guidelines and Therefore finds total Offense Level 26 / Criminal History I / Guideline 70-87 Months / 4-5 years supervised release / $25,000 - $5,000,000 fine / $100 special assessment / No fine / 5 years minimum - maximum 40 years /
Defense 1:05 - 1:07 / Government 1:08 / Defendant 1:08
Court  - BOP 70 months / 4 years supervised release / standard, special and mandatory conditions of release / no fine / $100 special assessment  / FCI Jesup to the extent space and security allow / forfeiture per order / ineligible for federal benefits for 5 years / DNA sample / no firearms or weapons / substance abuse testing and no tampering / subject to searches / Counts 5, 6, 7, 8, 9, and 22 of SSI dismissed / appeal waiver.