PROB 35
(Rev. 5/23)

**Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

v.                                            Crim. No.   2:18CR00050-2

Anthony Kanyatta Seals

On August 5, 2022, the above named was placed on supervised release for a period of four years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Ryan Powell
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this ___13___ day of March 2024.

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE